STATE OF NEW JERSEY v. MIGUEL A. ROMAN.

May 2, 1972. Petition for certification denied.

PARKVIEW VILLAGE ASSOCIATES v.
BOROUGH OF COLLINGSWOOD.

May 2, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. JOHN W. BRAZIL.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JEROLD L. KAUFMAN.

May 2, 1972. Petition for certification denied. (See 118
*N. J. Super.* 472)

E. LAWRENCE HELLER, *ET AL.* v.
ORION INSURANCE CO., LTD., *ET AL.*

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. JOHNS.

May 2, 1972. Petition for certification denied.